# SPECIAL ORDERS

In this section will be published orders of the Court (other than grants and denials of leave to appeal from the Court of Appeals) of general interest to the bench and bar of the state.

## December 27, 1976

Turner v Bituminous Casualty Company. (Docket No. 55831.) Rehearing denied. *Levine & Benjamin, P. C.,* for plaintiffs-appellants. *Seavitt, Westcott, Miller, Stowe & Magnuson* for defendants-appellees Harris-Intertype Corporation and T. W. & C. B. Sheridan Company. Reported at 397 Mich 406.

## January 6, 1977

In the Matter of Del Rio. (Docket No. 58716.) The motion for reconsideration of this Court's order of September 7, 1976 (397 Mich 959) is considered and the same is denied because it does not appear that said order was entered erroneously. *Brian J. McMahon,* Executive Director and General Counsel, Judicial Tenure Commission, petitioner. *J. Leonard Hyman* and *Irwin M. Alterman* for respondent.

In the Matter of O'Connell. (Docket No. 59246.) The request for appointment of a master, filed by the Judicial Tenure Commission pursuant to GCR 1963, 932.10(b), is considered, and the same is granted. Judge Margaret G. Schaeffer is appointed as master for proceedings pursuant to GCR 1963, 932. *Brian J. McMahon,* Executive Director and General Counsel, Judicial Tenure Commission, petitioner.

In the Matter of the Proposed Michigan Rules of Evidence (with committee notes). On order of the Supreme Court, notice is hereby given that the Supreme Court is considering the adoption of the Proposed Michigan Rules of Evidence submitted to the Court by the Committee constituted and appointed by it on March 19, 1975.

The Proposed Michigan Rules of Evidence will be published in the January 26, 1977 issue of North Western Reporter, 2nd Series (Michigan Edition). Copies of the proposed rules may also be obtained for a